NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JARROW FORMULAS, INC.,**
*Plaintiff-Appellant,*

**v.**

**NOW HEALTH GROUP, INC.,**
**doing business as Now Foods,**
*Defendant-Cross Appellant.*

- - - - - - - - - - - - - - - - - - - - - -

**SOFT GEL TECHNOLOGIES, INC.,**
*Plaintiff/Counterclaim Defendant-Cross Appellant,*

**v.**

**JARROW FORMULAS, INC.,**
*Defendant/Counterclaimant-Appellant.*

---

2014-1020, -1033, -1039

---

Appeals from the United States District Court for the Central District of California in Nos. 2:10-cv-08301-PSG-JC and 2:11-cv-00164-PSG-JC, Judge Philip S. Gutierrez.

---

**JUDGMENT**

---

MARK D. GIARRATANA and THOMAS J. RECHEN, McCarter & English, LLP, of Hartford, Connecticut, argued for Jarrow Formulas, Inc. With them on the brief were ERIC E. GRONDAHL and CHARLES D. RAY.

SRI K. SANKARAN, Winthrop & Weinstine, P.A., of Minneapolis, Minnesota, argued for cross appellants, Soft Gel Technologies, Inc. With him on the brief for Soft Gel was DEVAN V. PADMANABHAN. On the brief for Now Health Group, Inc., were R. DAVID DONOGHUE and STEVEN E. JEDLINSKI, Holland & Knight LLP, of Chicago, Illinois.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.**[1]  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 8, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |

---

[1]  Accordingly, the Motion to Strike filed by Jarrow Formulas, Inc. (ECF No. 57) is DENIED as moot.